427 A.2d 1222

Commonwealth v. Bathgate, Appellant.

Samuel J. Orr, III, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Affirmed.

427 A.2d 1223

Commonwealth v. Birdsong, Appellant.

Submitted September 13, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.

WIEAND, J., dissented.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.